MARGARET L. ANDERSON, as Sole Administratrix, etc., of ROBERT G. ANDERSON, Deceased, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

CHARLES ATTELL, Respondent, v. CAPITAL CITY SURETY COMPANY, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

LOUIS BERNSTEIN, Respondent, v. JOSEPHINE BERNSTEIN, Appellant.— Interlocutory judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

EDWARD W. BROWNING, Appellant, v. FRANCES HEENAN BROWNING, Respondent.— Order awarding additional counsel fee and expenses affirmed, with ten dollars costs and disbursements. We are of opinion that the reservation of power to make such other and further provisions regarding additional counsel fee and reimbursement for expenses and disbursements incurred or made on behalf of defendant, to be determined at the close of the trial of the action, was acquiesced in by plaintiff in allowing the order to remain without resettlement or appeal, and that the consent of the husband referred to in *Lonsdale* v. *Lonsdale* (41 App. Div. 224, 226) was thus given. Kelly, P. J., Young, Kapper and Hagarty, JJ., concur; Lazansky, J., concurs in result.

SAMUEL I. COHEN, Respondent, v. JACOB FELLERMAN, Appellant.— Judgment modified by deducting from the amount thereof the sum of $2,000, the extra allowance granted to respondent; and as so modified unanimously affirmed, without costs. This court is of opinion that the case was neither difficult nor extraordinary, and, therefore, an extra allowance should not have been granted. Present.— Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

MARY COLITTI and AGOSTINO SANACUORE, Appellants, v. HENRY LANDAU and SARAH LANDAU, Respondents.— Order denying motion to strike out separate defenses in answer of defendant Henry Landau affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

DELLA M. DeMOUTH, Appellant, v. ORANGE AND ROCKLAND ELECTRIC COMPANY, Respondent.— Judgment and order reversed upon the law and the facts, and new trial granted, costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. If the wire struck plaintiff because of defendant's negligence, and without negligence on her part, and as a proximate result she suffered from hysterical paralysis, she was entitled to a verdict. The court's charge at folio 658 did not properly present this issue. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ROY DE SALLES, Respondent, v. WESTCHESTER OPERATING CORPORATION, Appellant.— Judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CHARLES FEIERSTEIN, Appellant, v. FRED LANGOHR, Respondent.— Order denying motion to set aside verdict as inadequate unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.